**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jerry Lee MERCER, Defendant–**
**Appellant.**

**No. 13–6210.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 23, 2013.

Decided: May 29, 2013.

Jerry Lee Mercer, Appellant pro se. Jennifer P. May–Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Lee Mercer seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp.2012) motion and motion for reconsideration.* The orders are not appealable unless a circuit

---

* We construe Mercer's February 11, 2013, notice of appeal together with his motion filed in the district court on December 18, 2013, to grant "permission to file a petition to the Appeals Court for a 'Certificate of Appealability,' " as a notice of appeal from the district court's orders denying Mercer's Fed.R.Civ.P. 59(e) and § 2255 motions.

justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *see Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. *Slack,* 529 U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the record and conclude that Mercer has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*